(3)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

**Plaintiff(s):** CURTIS SMITH

**Defendant(s):** UNITED STATES GOVERMENT, et al.

**County of Residence:** KANKAKEE

**County of Residence:**

**Plaintiff's Address:**
Curtis Smith
#228499
Kankakee - JCDC
3050 Justice Way
Kankakee, IL 6090

**Defendant's Attorney:**
AUSA
United States Attorney's Office
219 South Dearborn
Chicago, IL 60604

**Basis of Jurisdiction:**
[ ] 1. U.S. Government Plaintiff
[✓] 2. U.S. Government Defendant
[ ] 3. Federal Question (U.S. gov't. not a party)
[ ] 4. Diversity

**FILED**
APR 29 2008 TC
Apr-29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
[✓] 1. Original Proceeding
[ ] 2. Removed From State Court
[ ] 3. Remanded From Appellate Court
[ ] 4. Reinstated or Reopened
[ ] 5. Transferred From Other District
[ ] 6. MultiDistrict Litigation
[ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes  [✓] No

08CV2441
JUDGE SHADUR
MAG. JUDGE KEYS

**Signature:** A. E. Woodham   **Date:** 04/29/2008

Can NOT be Coulon