**FILED** April 17, 2008

APR 2 4 2008
Apr 24 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV2441
JUDGE SHADUR
MAG. JUDGE KEYS

Dear Prisoner Correspondence

Please FILE These Two WRIT PETITION For me. WhereFore, The Two PETITION ITems are Time Sensative. Please, FILE Them at your earlyest CONVENIENCE Please.

Thank You!

Truly Yours

Curtis Smith

---

Please, I would like To Receive Ten Complaint UNDER The CIVIL RIGHTS ACT, TITLE 42 Section 1983 U.S. Code Forms. Please.

Thank You!

Curtis Smith