# United States District Court
# Northern District of Illinois

In the Matter of

Curtis Smith

v.

United States Government

Case No. 08 C 2441

Designated Magistrate Judge
Arlander Keys

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be reassigned to the calendar of Judge **William J. Hibbler**. The reasons for my recommendation are indicated on the reverse of this form.

_____
Judge Milton I. Shadur

Dated: April 30, 2008

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **William J. Hibbler**.

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: MAY - 2 2008

Reassignment/Named Judge (Rev. 9/99)

|   |   |   |
|---|---|---|
| ■ | 40.3(B)(2) | This case appears to involve the same parties and subject matter as case number **06 CR 441** assigned to the calendar of Judge **William J. Hibbler**. |
| ☐ | IOP 13 | This cause was assigned from the calendar of Judge ____ for coordinated or consolidated pretrial discovery proceedings. |
| ☐ |  | This cause was assigned from the calendar of Judge ____ as a Multi-District Litigation case. Consolidated pretrial has been completed and the case should be reassigned to said Judge. |
| ☐ | IOP 13 | This case should be transferred to the Fugitive Calendar as the defendant is a fugitive. |
| ☐ | IOP 13 | This case should be reassigned as a replacement for case number ____ which was reassigned by agreement to my calendar on ____ . |
| ☐ | IOP 13 | This case should be reassigned as a replacement for case number ____ in which a recusal was permitted. |



Reassignment/Named Judge (Rev. 9/99)