AC

FILED
JUN 1 6 2008
6-16-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Curtis Smith (228499)
_____
Plaintiff

v.

United States Government et al.
_____
Defendant(s)

CASE NUMBER  08C2441

JUDGE  WILLIAM J. HIBBLER

Wherever □ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, __CURTIS SMITH__, declare that I am the ☒plaintiff □petitioner □movant (other_____) in the above-entitled case. This affidavit constitutes my application □ to proceed without full prepayment of fees, or □ in support of my motion for appointment of counsel, or □ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?  □Yes  ☒No  (If "No," go to Question 2)
    I.D. # __228499__  Name of prison or jail: __Jerome Combs Detention Center__
    Do you receive any payment from the institution?  □Yes  ☒No  Monthly amount:_____

2.  Are you currently employed?  □Yes  ☒No
    Monthly salary or wages: __N/A__
    Name and address of employer: __N/A__

    a.  If the answer is "No":
        Date of last employment: _____
        Monthly salary or wages: __N/A__
        Name and address of last employer: __N/A__

    b.  Are you married?  □Yes  ☒No
        Spouse's monthly salary or wages: _____
        Name and address of employer: __N/A__

3.  Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

    a.  Salary or wages
        Amount __0__  Received by __0__  □Yes  ☒No

  b. ☐ Business, ☐ profession or ☐ other self-employment  ☐Yes  ☒No
Amount_____ Received by_____

  c. ☐ Rent payments, ☐ interest or ☐ dividends  ☐Yes  ☒No
Amount_____ Received by_____

  d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                        ☐Yes  ☒No
Amount_____ Received by_____

  e. ☐ Gifts or ☐ inheritances  ☐Yes  ☒No
Amount_____ Received by_____

  f. ☐Any other sources (state source:_____) ☐Yes  ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?  ☐Yes  ☒No  Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?  ☐Yes  ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?  ☐Yes  ☒No
Address of property:_____
Type of property:_____ N/A _____ Current value:_____ 0 _____
In whose name held:_____ N/A _____ Relationship to you:_____ 0 _____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                        ☐Yes  ☒No
Property:_____ N/A _____
Current value:_____ N/A _____
In whose name held:_____ N/A _____ Relationship to you:_____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents
_____ N/A _____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 5-26-2008

Signature of Applicant: *Curtis Smith*

Case Name: United States ex rel. Curtis Smith (228499) v. United States Government et al.

(Print Name) CURTIS Smith

Case Number:

Judge William Hibbler

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, Curtis Smith, I.D.# 228499, has the sum of $1.33 on account to his/her credit at (name of institution) Jerome Combs D.C.

I further certify that the applicant has the following securities to his/her credit: ———. I further certify that during the past six months the applicant's average monthly deposit was $ 58.34.

(Add all deposits from all sources and then divide by number of months).

6-2-08
DATE

SIGNATURE OF AUTHORIZED OFFICER: *Gloria Lochner*

(Print name.) GLORIA LOCHNER

rev. 10/10/2007

## Resident Transaction Details

Transactions From 12/2/2007 To 6/2/2008

### 228499 : SMITH, CURTIS
MAX B

Main Balance: $1.33

| Receipt | Date | Type | Amount | Comment | Adjust | Balance |
|---|---|---|---|---|---|---|
| 410360 | 5/22/2008 | BillPay | | PAYMENT FOR TRANS 410359 | -$1.66 | $1.33 |
| 410359 | 5/22/2008 | Bill | $1.66 | postage : 3 | | $1.33 |
| 410168 | 5/22/2008 | BillPay | | PAYMENT FOR TRANS 410167 | -$20.00 | $1.31 |
| 410167 | 5/22/2008 | Bill | $20.00 | Phone Card : 3 | | $1.31 |
| 410005 | 5/22/2008 | BillPay | | PAYMENT FOR TRANS 410004 | -$12.66 | $23.91 |
| 410004 | 5/22/2008 | Bill | $12.66 | Commissary : COMMISSARY 5/22/2008 REF:317 | | $23.91 |
| 406712 | 5/20/2008 | BillPay | | PAYMENT FOR TRANS 406622 TO Over the Counter Drugs : 3 : PAID IN FULL | -$4.46 | $35.07 |
| 406711 | 5/20/2008 | Add | | MO# 11863579895 As | $40.00 | $35.07 |
| 404566 | 5/1/2008 | BillPay | | PAYMENT FOR TRANS 404565 | -$8.41 | -$4.93 |
| 404565 | 5/1/2008 | Bill | $8.41 | postage : 3 | | -$4.93 |
| 403623 | 5/29/2008 | BillPay | | PAYMENT FOR TRANS 403622 | -$8.04 | -$3.52 |
| 403622 | 5/29/2008 | Bill | $8.00 | Over the Counter Drugs : 3 | | -$3.52 |
| 403466 | 5/1/2008 | BillPay | | PAYMENT FOR TRANS 403465 | -$8.41 | $1.68 |
| 403465 | 5/1/2008 | Bill | $8.41 | postage : 3 | | $1.68 |

Confidential Property of

Printed 6/2/2008                                                                                                      Page 1 of 6

## Resident Transaction Details

| Receipt | Date | Type | $ Amount | $ Collect | Comment | Adjust | Balance |
|---|---|---|---|---|---|---|---|
| 401957 | 4/25/2008 | BillPay | | | PAYMENT FOR TRANS 401956 | -$2.87 | $1.49 |
| 401956 | 4/25/2008 | Bill | $2.87 | $2.87 | postage : 3 | | $1.49 |
| 400956 | 4/24/2008 | BillPay | | | PAYMENT FOR TRANS 400955 | -$10.00 | $4.36 |
| 400955 | 4/24/2008 | Bill | $10.00 | $10.00 | Phone Card : 3 | | $4.36 |
| 400654 | 4/24/2008 | BillPay | | | PAYMENT FOR TRANS 400653 | -$12.86 | $14.36 |
| 400653 | 4/24/2008 | Bill | $12.86 | $12.86 | Commissary : COMMISSARY 4/24/2008 REF:385 | | $14.36 |
| 399653 | 4/22/2008 | BillPay | | | PAYMENT FOR TRANS 399652 | -$10.00 | $27.22 |
| 399652 | 4/22/2008 | Bill | $10.00 | $10.00 | Phone Card : 3 | | $27.22 |
| 398098 | 4/21/2008 | BillPay | | | PAYMENT FOR TRANS 398094 | -$9.41 | $37.22 |
| 398094 | 4/21/2008 | Bill | $9.41 | $9.41 | postage : 2 | | $37.22 |
| 397750 | 4/18/2008 | Adj | | | MO# F200770438201 AS | $36.00 | $37.43 |
| 397957 | 4/16/2008 | BillPay | | | PAYMENT FOR TRANS 397956 | -$2.43 | $2.43 |
| 397956 | 4/16/2008 | Bill | $2.86 | $2.86 | postage : 3 | | $2.43 |
| 397138 | 4/15/2008 | BillPay | | | PAYMENT FOR TRANS 397137 | -$10.00 | $5.05 |
| 397137 | 4/15/2008 | Bill | $10.00 | $10.00 | Phone Card : 3 | | $5.05 |
| 394591 | 4/8/2008 | BillPay | | | PAYMENT FOR TRANS 394590 | -$10.00 | $15.05 |
| 394590 | 4/8/2008 | Bill | $10.00 | $10.00 | Phone Card : 3 | | $15.05 |
| 394095 | 4/7/2008 | Adj | | | MO# 11165377022 AS | $25.00 | $25.05 |
| 391071 | 3/27/2008 | BillPay | | | PAYMENT FOR TRANS 391070 | -$4.62 | $0.05 |
| 391070 | 3/27/2008 | Bill | $4.62 | $4.62 | Commissary : COMMISSARY 3/27/2008 REF:380 | | $0.05 |
| 389991 | 3/25/2008 | Check | | | Check 15970 Paid To: CLERK OF THE COURT PARTIAL FILING FEE ON CASE: 97 C 57TH CURTIS SMITH VS TAMES TOMASKA, ETAL | -$25.10 | $4.71 |
| 389911 | 3/25/2008 | BillPay | | | PAYMENT FOR TRANS 389910 | -$25.10 | $25.04 |

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Balance |
|---|---|---|---|---|---|---|---|
| 383910 | 3/25/2008 | Bill | $20.00 | $20.00 | Phone Card : 3 | | $25.04 |
| 383616 | 3/25/2008 | Add | | | MO# 501490 BM | $20.00 | $45.04 |
| 383465 | 3/24/2008 | Add | | | MO# 11063575484 AS | $25.00 | $25.04 |
| 383604 | 3/6/2008 | BillPay | | | PAYMENT FOR TRANS 363603 | -$10.00 | $0.04 |
| 383603 | 3/6/2008 | Bill | $10.00 | $10.00 | Phone Card : 3 | | $0.04 |
| 383044 | 3/6/2008 | BillPay | | | PAYMENT FOR TRANS 363043 | -$2.05 | $10.04 |
| 383043 | 3/6/2008 | Bill | $2.05 | $2.05 | Commissary : COMMISSARY 3/6/2008 REF:041 | | $10.04 |
| 382537 | 3/4/2008 | BillPay | | | PAYMENT FOR TRANS 362536 | -$4.99 | $12.70 |
| 382536 | 3/4/2008 | Bill | $4.99 | $4.99 | postage : 3 | | $12.70 |
| 382393 | 3/4/2008 | BillPay | | | PAYMENT FOR TRANS 362392 | -$10.00 | $17.30 |
| 382392 | 3/4/2008 | Bill | $10.00 | $10.00 | Phone Card : 3 | | $17.30 |
| 381907 | 3/3/2008 | Credit | | | Commissary : COMMISSARY CREDIT 3/3/2008 REF:036 | $2.31 | $27.30 |
| 381906 | 3/3/2008 | Bill | $2.31 | $2.31 | PAYMENT FOR TRANS 361904 | | $24.99 |
| 381845 | 3/3/2008 | BillPay | | | | -$2.45 | $24.99 |
| 381844 | 3/3/2008 | Bill | $2.45 | $2.45 | postage : 3 | | $27.45 |
| 381330 | 2/29/2008 | BillPay | | | PAYMENT FOR TRANS 361329 | -$10.00 | $27.45 |
| 381329 | 2/29/2008 | Bill | $10.00 | $10.00 | Phone Card : 3 | | $37.45 |
| 381056 | 2/29/2008 | BillPay | | | PAYMENT FOR TRANS 361055 | -$4.99 | $37.45 |
| 381055 | 2/29/2008 | Bill | $4.99 | $4.99 | Commissary : COMMISSARY 2/29/2008 REF:033 | | $41.55 |
| 379898 | 2/26/2008 | BillPay | | | PAYMENT FOR TRANS 379898 | -$10.00 | $41.55 |
| 379898 | 2/26/2008 | Bill | $10.00 | $10.00 | Phone Card : 3 | | $51.55 |
| 379891 | 2/21/2008 | BillPay | | | PAYMENT FOR TRANS 379890 | -$1.62 | $51.55 |
| 379890 | 2/21/2008 | Bill | $1.62 | $1.62 | Commissary : COMMISSARY 2/21/2008 REF:025 | | $61.55 |

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Balance |
|---|---|---|---|---|---|---|---|
| 376215 | 2/21/2006 | Adj | | | MO# 11163280229 AS | $63.68 | $63.57 |
| 375697 | 2/14/2006 | BillPay | $1.90 | $1.90 | PAYMENT FOR TRANS 375696 | | $3.57 |
| 375696 | 2/14/2006 | Bill | | $1.90 | Commissary: COMMISSARY 2/14/2006 REF:130 | -$1.90 | $3.57 |
| 374090 | 2/7/2006 | BillPay | $20.00 | $20.00 | PAYMENT FOR TRANS 374089 | | $5.37 |
| 374089 | 2/7/2006 | Bill | | $20.00 | Phone Card : 3 | -$20.00 | $5.37 |
| 373902 | 2/7/2006 | BillPay | $3.96 | $3.96 | PAYMENT FOR TRANS 373901 | | $25.37 |
| 373901 | 2/7/2006 | Bill | | $3.96 | Commissary: COMMISSARY 2/7/2006 REF:812 | -$3.96 | $25.37 |
| 373416 | 2/7/2006 | Adj | | | MO# 11163022489S ES | $25.00 | $29.33 |
| 371422 | 1/31/2006 | BillPay | $7.18 | $7.18 | PAYMENT FOR TRANS 371421 | | $4.33 |
| 371421 | 1/31/2006 | Bill | | $7.18 | Commissary: COMMISSARY 1/31/2006 REF:908 | -$7.18 | $4.33 |
| 370695 | 1/30/2006 | PayVoid | | $8.70 | VOID TRANS 370842 | $8.70 | $11.41 |
| 370694 | 1/30/2006 | BillVoid | $8.70 | $8.70 | VOID TRANS 370841: VOID | | $11.41 |
| 370842 | 1/30/2006 | BillPay | $23.08 | $23.08 | PAYMENT FOR TRANS 370841 | | $13.18 |
| 370841 | 1/30/2006 | Bill | | $9.00 | Prescription : 3 | -$8.70 | -$13.18 |
| 370876 | 1/29/2006 | BillPay | $25.00 | $25.00 | PAYMENT FOR TRANS 370875 | | $11.41 |
| 370875 | 1/29/2006 | Bill | | $25.00 | Phone Card : 3 | -$25.00 | $11.41 |
| 369898 | 1/24/2006 | Adj | | | AS | $25.00 | $11.41 |
| 367930 | 1/17/2006 | BillPay | $1.20 | $1.20 | PAYMENT FOR TRANS 367929 | | $6.41 |
| 367929 | 1/17/2006 | Bill | | $1.20 | Commissary: COMMISSARY 1/17/2006 REF:781 | -$1.20 | $6.41 |
| 365165 | 1/16/2006 | BillPay | $4.00 | $4.00 | PAYMENT FOR TRANS 365165 | | $7.61 |
| 365165 | 1/16/2006 | Bill | | $4.00 | Over the Counter Drug : 4 | -$4.00 | $7.61 |
| 365635 | 1/16/2006 | BillPay | $20.00 | $20.00 | PAYMENT FOR TRANS 365634 | | $11.61 |
| 365634 | 1/16/2006 | Bill | | $20.00 | Phone Card : 3 | -$20.00 | $11.61 |

## Resident Transaction Details

| Receipt | Date | Type | Bill Amount | Bill Collect | Comment | Adjust | Balance |
|---|---|---|---|---|---|---|---|
| 364331 | 1/10/2008 | BillPay | | | PAYMENT FOR TRANS 364330 | -$0.42 | $31.61 |
| 364330 | 1/10/2008 | Bill | $0.42 | $0.42 | Commissary : COMMISSARY 1/10/2008 REF:774 | | $31.61 |
| 363978 | 1/10/2008 | BillPay | | | PAYMENT FOR TRANS 363977 | $10.00 | $32.03 |
| 363977 | 1/10/2008 | Bill | $10.00 | $10.00 | Phone Card : 3 | | $32.03 |
| 363290 | 1/9/2008 | Add | | | MO# 11629220H-1 AS | $25.00 | $42.03 |
| 362599 | 1/7/2008 | CredPay | | | PAYMENT FOR TRANS 362598 | $0.42 | $17.03 |
| 362598 | 1/7/2008 | Credit | $0.42 | $0.42 | Commissary : COMMISSARY CREDIT 1/7/2008 REF:767 | | $16.61 |
| 361742 | 1/3/2008 | BillPay | | | PAYMENT FOR TRANS 361741 | -$1.85 | $16.61 |
| 361741 | 1/3/2008 | Bill | $1.85 | $1.85 | Commissary : COMMISSARY 1/3/2008 REF:764 | | $16.61 |
| 359961 | 12/27/2007 | BillPay | | | PAYMENT FOR TRANS 359960 | -$10.00 | $18.47 |
| 359960 | 12/27/2007 | Bill | $10.00 | $10.00 | Phone Card : 3 | | $18.47 |
| 359563 | 12/27/2007 | BillPay | | | PAYMENT FOR TRANS 359562 | -$1.62 | $28.47 |
| 359562 | 12/27/2007 | Bill | $1.62 | $1.62 | Commissary : COMMISSARY 12/27/2007 REF:752 | | $30.47 |
| 355513 | 12/13/2007 | BillPay | | | PAYMENT FOR TRANS 355512 | -$33.13 | $32.09 |
| 355512 | 12/13/2007 | Bill | $33.13 | $33.13 | Commissary : COMMISSARY 12/13/2007 REF:733 | | $33.09 |
| 354337 | 12/11/2007 | BillPay | | | PAYMENT FOR TRANS 354336 | -$10.00 | $65.22 |
| 354336 | 12/11/2007 | Bill | $10.00 | $10.00 | Phone Card : 3 | | $65.22 |
| 354065 | 12/11/2007 | | | | PAYMENT FOR TRANS 353932 TO Over the Counter Drugs : 3 : PAID IN FULL | -$4.00 | $75.22 |
| 354004 | 12/11/2007 | Add | | | AS | $20.00 | $75.22 |
| 353933 | 12/10/2007 | BillPay | | | PAYMENT FOR TRANS 353932 | -$6.11 | -$4.78 |
| 353932 | 12/10/2007 | Bill | $6.00 | $6.00 | Over the Counter Drugs : 3 | | -$4.78 |
| 353053 | 12/6/2007 | BillPay | | | PAYMENT FOR TRANS 353052 | -$9.29 | $9.22 |
| 353052 | 12/6/2007 | Bill | $9.29 | $9.29 | Commissary : COMMISSARY 12/6/2007 REF:726 | | $9.22 |

OFFICIAL SEAL
GLORIA LOCHNER
Notary Public – State of Illinois
My Commission Expires Dec. 28, 2009

Gloria Lochner
6-2-08