**FILED** AC
JUN 16 2008 *aew*
6-16-2008
MICHAEL W. DOBBINS
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Curtis Smith )
)
) Case Number: 08-2441
V. )
)
Defendant(s) United States Groverment et al. ) Magistrate Judge: WILLIAM T. HIBBLE
)
)

**MOTION FOR APPOINTMENT OF COUNSEL**

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, Curtis Smith, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]: I AM POOR. Therefor, I LOOK TO The court grant a Counsel To ASSIST and Help me. I AM NOT GUILTY

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [ ] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [X] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Curtis Smith
Movant's Signature

5-26-2008
Date

3050 Justice Way
Street Address

Kankakee IL 60901
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: Chief Judge Michael P. McCuskey
Case Number: 2:07-cv-02216
Case Title: Curtis Smith -v- United States Department of Justice et al.
Appointed Attorney's Name: Justin Eurek
If this case is still pending, please check box ☒

Assigned Judge: William Hibbler
Case Number: 
Case Title: Curtis Smith -v- United States Government et. al.
Appointed Attorney's Name: Michael Finn
If this case is still pending, please check box ☒

Assigned Judge: William Hibbler
Case Number: 
Case Title: Motion to Vacate Coniction Pursuant to 28 U.S.C. section 2255
Appointed Attorney's Name: Michael Finn
If this case is still pending, please check box ☒

Assigned Judge: WILLIAM J HIBBLER
Case Number: 06 CR 0441
Case Title: USA v. Smith
Appointed Attorney's Name: Michael Finn
If this case is still pending, please check box ☒

United States District Court Northern District of Illinois, Eastern Division

Date: June 03, 2008

## CERTIFICATE OF SERVICE

| | |
|---|---|
| No.: O8C2441 | Curtis Smith<br>PETITIONER<br><br>V.<br><br>United States Government et al. |

Originating Case Information
State of Illinois Case ON: 05CR5199 Transfer To
District Court NO: 06CR0441
Clerk/Agency Rep Michael Dobbins
JUDGE WILLIAM J. HIBBLER

## CERTIFICATE OF SERVICE

I, CURTIS SMITH, swear under penalty of perjury that I served a copy of the attached document on The U.S. Attorney For The Northern District of Illinois is: 219 South Dearborn Street, Room 500, Chicago, Illinois 60604 by placing it in the mail at that Jerome Combs Correctional Center on June 03, 2008.

_Curtis Smith_
(Signature)

Curtis Smith
#228499
JEROME COMBS DETENTION CENTER
3050 S. Justice Way
Kankakee, IL 60901-0000