| | | | |
|---|---|---|---|
| United States District Court, Northern District of Illinois | | | |
| Name of Assigned Judge or Magistrate Judge | WILLIAM J. HIBBLER | Sitting Judge if Other Than Assigned Judge | |
| CASE NUMBER | 08 C 2441 | DATE | June 2, 2008 |
| CASE TITLE | | United States ex rel. Curtis Smith v. U.S. Government, et al. | |

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO PROCEED ON PETITION FOR WRIT OF HABEAS CORPUS —

### STATEMENT — PERSON IN STATE CUSTODY

I Curtis Smith the PETITIONER CAN NOT FURNISH the Prison Trust Fund Account Statement For the six month period preceding the Filing of Petition For Leave to proceed in Forma Pauperis.

I sent my Trust Fund Balance Account Document in to be Completed by Gloria Lochner On The 26th and more documents in on the 29th of May, 2008. I have not received The Balance Account Document From the 26th or The 29th of May of May yet. Therefore, I must wait But The Dead Line is here For PETITION FOR WRIT OF HABEAS CORPUS—PERSON IN STATE CUSTODY.

I must PUT These Documents into Jerome Combs Jail Mailing system on This June 2, 2008 Date in order For The court to receive Them on Time. Jerome Combs Jail have only one Lady name Gloria Lochner who do The certificate coping of Prisoner Trust Account Statement, Correctional officer Herte informed me Gloria on vacation. I do not Know when Gloria Lochner will Be Back.

Jerome Combs Jail Accountant Gloria is the reason I can not get papers, Document, Certificate completed and Forwarded to the Court on time. I havebeen Told Gloria only come to The Jail Three Times a week, and The mail go out when there is enough to send out to Post Office.

Central Illinois District Court, Chief Judge Michael P. McCuskey granted me counsel Justin Eurek To File Civil And Constitutional violation Lawsuit To get me out of This 426 days of 23 hours in my cell and One hour out of my cell a day, of This Illegal Administration segregation without a Diciplinary Board Hearing or Probable Cause.

On, Thus during The February 06, 2008 Merit Review Conference, I Curtis Smith Plaintiff Advised the court during The Conference that I wished To add a claim That The defendant(s) Jerome Combs Jail et al. (07 C 5792 case No.) Interfer with my Legal mail. Delay out going Legal mail, which is a claim of denial of access To The court. Where Fore, I PUT my Legal mail into The Mailing system in Time To Reach The court.

I Found one Federal Criminal Code Rules Book, I Am Tire, I Want Legal counsel Assistant to help me, I have Reached the End of my Understanding of Federal APPEALS LAW. I AM NOT GUILTY! I must go To PSYCHIATRIST now, who petscript to me Lexapro, and Trazodone, Klonopin Medication These 426 days under Administrative segregation is Taken it toll on me Physical, Mental, Emotionally. This Jerome Combs Jail Do not have a Law Library. I sometimes I be tired and under the Influence of my perscription medication, and I might have wrote the wrong Answer. Please Do NOT Punish me If I do not have The Account Balance Document,

Respectfully submitted
Curtis Smith   June 02, 2008

**FILED**
JUN 16 2008
6-16-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT