| Name of Assigned Judge or Magistrate Judge | RONALD A. GUZMAN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07C5794 – "08 C 2441" | DATE | June 18, 2008 |
| CASE TITLE | Curtis Smith (#228499) -vs- James Tomaska et al. Curtis Smith (#228499) -vs- United States Government et al. | | |

## Change of Address

Dear Prisoner Correctional Correspondence Clerk's Office

I have been transferred to the Metropolitan Correctional Center

Curtis Smith
19000-424 — Inmate New I.D. Number.
Chicago, Illinois 60605 — on the 17th day of June 2008 A.D.,

Please, forward all documents to new prison address; and send notice that you have received this prisoner transfer notice.

Thank You!

**FILED**
JUN 2 3 2008
6-23-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Sincerely,

Curtis Smith

Please send 6 - Title 42 section 1983 U.S. Code Forms, and 6 Petition under Title 28 § 2254 for Writ of Habeas Corpus.

Thank You!